619 P.2d 647 (1980)
290 Or. 160
STATE of Oregon, Petitioner,
v.
Gene D. ODAM and Leonard Driscoll, Respondents.
Nos. C14010-C14012; SC 26357.
Supreme Court of Oregon, In Banc.[*]
Argued and Submitted December 3, 1979.
Decided November 28, 1980.
Robert C. Cannon, Asst. Atty. Gen., Salem, argued the cause for petitioner. On the brief were James A. Redden, Atty. Gen., Walter L. Barrie, Sol. Gen., and Allison Smith, Asst. Atty. Gen., Salem.
James E. Mountain, Jr., Salem, argued the cause for respondents. On the brief was Robert G. Danielson, Sweet Home.
Affirmed by an equally divided court.
NOTES
[*] Holman, J., retired January 20, 1980.